*Original*        *Original* **E-FILED**

Monday, 08 August, 2016  02:27:07 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

David Scheurich,                          )
                                          )
           Plaintiff          )
                                          )
           vs.                )          Case No. _16-2253_
                                          )          *(The case number will be assigned by the clerk)*
Champaign County Sheriff's Office         )
_____                  )
_____                  )
_____                  )                   **FILED**
_____                  )
_____                  )                   AUG – 8 2016
_____,                 )
                                          )          CLERK OF THE COURT
                                          )          U.S. DISTRICT COURT
           Defendant(s)       )          CENTRAL DISTRICT OF ILLINOIS
                                          )          URBANA, ILLINOIS

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☑ Other federal law: _Violation of Interstate Extradition Act / Kidnapping_
_violation of 14th amendment / ▓▓▓▓▓▓▓▓▓_

☐ Unknown _____

## I. FEDERAL JURISDICTION

_____

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: *David Edward Scheurich*

Prison Identification Number: *M53661*

Current address: *V.C.C. P.O. BOX 500 Vandalia, IL 62471*

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: *Champaign County Sheriff's Office*

Current Job Title: *N/A*

Current Work Address *204 East Main Street Urbana IL 61801*

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number

   _____

2. Basic claim made _____

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?) _____


*For additional cases, provide the above information in the same format on a separate page.*


## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

    *Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☐   No ☑

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☐   No ☑

If your answer is no, explain why not *There is no grievance procedure in this matter*

C. Is the grievance process completed?   Yes ☐   No ☑


## V.  STATEMENT OF CLAIM

Place(s) of the occurrence *Cleburne County, Arkansas / Champaign County Illinois*

4

Date(s) of the occurrence  6-23-2015 and thereafter

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On 7-28-15 I had a court hearing at Cleburne County District Court with the Honorable Judge Lance Wright. In the hearing Judge Wright said to me (David Scheurich) and the court, "The sheriff's office is not to release you until there is a hearing because you're not waiving extradition, so I mean you're fighting extradition to the state of Illinois, and so I do want to make that clear, that you're not to be, The sheriff's office is not to discharge you unless they're just releasing you out the door, you're not to be transported or turned over to the custody of Illinois until there's a hearing." Judge Wright then set the hearing for August 11th. The public defender Gary Carruthers said "So Illinois can't just show up and take him." Judge Lance Wright then reply's "That's right." On August 6th Illinois had two U.S. Marshalls come to get me (David Scheurich) while court was not in session. Two Cleburne County officer's ordered me to get in the marshall's van. The officer's where Melissa (last name unknown) and Officer Garriott (1st name unknown). I tried to inform them of the court order, the judge had issued. They said they didn't care and I was going. I again tried to inform them that I couldn't be transported. That's when they said "you're going or we are going to stun you and both of

5

then put their hands on their stun guns. Against my will I got into the van for fear of being stunned. I was taken August 6th from Heber Springs, Arkansas and arrived August 7th in Champaign, Illinois. In doing this the U.S. marshall's violated my constitutional rights, violated the interstate extradition act and commited accomplice in kidnapping. I am summitting exhibit 1A the court proceedings translated as evidence that I was not to be released and the Cleburne County officer's and the U.S. marshall's broke the court order of Judge Lance Wright. I am also summitting the Certificate of Delivery of Fugitive as exhibit 1B. It was never presented or filled out at any time, violating my fugitive rights. If you note the document is incomplete. I am also summitting the document to sheriff Alan Roberson of Cleburne County who was suppose to fill out the Certificate of Delivery of Fugitive document. It is summited as exhibit 1C. If you will read it, it say's " Upon release of the fugitive to the appointed agent please return the Certificate of Delivery to me (Lauren Heil) in order to complete the extradition process." Since it was not filled out or returned would'it the extradition process not be complete. I am also summitting the document review order to add merit that I was not to be taken or moved before the hearing August 11th as shown in exhibit 1D. The evidence seems to show the Sheriff of Champaign County and Champaign County Sheriff's Office did conspire in kidnapping me (David Scheurich). These are the facts of my claim and I believe there is merit.

Is it not by law all parties involved should be charged with all the same criminal charges by association or as an accomplice.

6

RELIEF REQUESTED

(State what relief you want from the court.)

A judgment in the amount of $250,000.00

_____

_____

_____

_____

_____

_____

_____

_____

_____

JURY DEMAND          Yes ☑          No ☐

Signed this ___27___ day of ___July___ , 20_16_.

_David Scheurich_

( Signature of Plaintiff)

| Name of Plaintiff:<br><br>David Scheurich | Inmate Identification Number:<br><br>M53661 |
| --- | --- |
| Address:  P.O. BOX 500<br>Vandalia, IL 62471 | Telephone Number:<br><br>N/A |

Sworn to and subscribed before me the
21th day of ___July___ , 20_16_
Witness my hand and official seal.
Notary Public_____

OFFICIAL SEAL
HEATHER M. CLOE
Notary Public - State of Illinois
My Commission Expires 4/08/2019

IN THE
UNITED STATES DISTRICT COURT OF THE CENTRAL DISTRICT
OF ILLINOIS

David Scheurich
_____
PETITIONER/ PLAINTIFF

( 
( 
( 
( 
( 
( 
( 
( 
( 

CASE NO. : _____

VS

Champaign County Sheriff's Office
_____
DEFENDANT/RESPONDENT/S

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division
201 Vine Street
218 U.S. Courthouse

ORIGINAL & ONE COPY

TO: _____
_____
_____
_____
_____
_____

ONE COPY

PLEASE NOTE THAT ON ____July 27____, 2016, I PLACED THE ATTACHED OR ENCLOSED DOCUMENTS IN THE INSTITUTIONAL MAIL AT VANDALIA CORRECTIONAL CENTER, PROPERLY ADDRESSES TO THE PARTIES LISTED ABOVE FOR THE MAILING THROUGH TH UNITED STATES POSTAL SERVICE.

DATED: __July 27 2016__

/S/ David Scheurich
NAME: David Scheurich
I.D.O.C. # M53661
ADDRESS: P.O. BOX 500
CITY/STATE: VANDALIA, IL. 62471

## VERIFICATION AND CERTIFICATION

I, __David Scheurich__ UNDER PENTALTIES PROVIDED BY LAW PURUSANT TO CODE OF CIVIL PROCEDURE 735ILCS5/1-109, I CERTIFY THAT I AM THE MAKER OF THE FOREGOING DOCUMENT/S THAT I HAVE PERSONAL KNOWLEDGE OF THE CONTENTS THEREIN, AND THAT THE CONTENTS THEREIN ARE TRUE AND CORRECT TO THE BEST OMY KNOWLEDGE AND BELIEF.

DATED THIS 27 DAY OF __July__, 20 16

/S/ David Scheurich
David Scheurich
PRINTED NAME

Sworn to and subscribed before me this
27th day of __July__, 2016
Witness my hand and official seal.
Notary Public _Heather M Cloe_

OFFICIAL SEAL
HEATHER M. CLOE
Notary Public - State of Illinois
My Commission Expires 4/08/2019